6/8/2018                                  Gmail - (no subject)

 **Gmail**                                     owais akhtar <owais430@gmail.com>

**Ps. Ex. 9, p. 1**

**(no subject)**                  **Akhtar Emails**
10 messages              **Wilksins v. D.C., 17-884 (CKK)**

---

**owais430@gmail.com** <owais430@gmail.com>                  Wed, Mar 9, 2016 at 12:35 PM
To: molly.gaston3@dc.gov

https://twitter.com/gorgeoussny_/status/707334864568102912

https://mobile.twitter.com/gorgeoussny_/status/707336461490589697/video/1

Sent from my iPhone

---

**postmaster@dcgov.priv** <postmaster@dcgov.priv>                  Wed, Mar 9, 2016 at 12:35 PM
To: owais430@gmail.com

### Delivery has failed to these recipients or distribution lists:

molly.gaston3@dc.gov
The recipient's e-mail address was not found in the recipient's e-mail system. Microsoft Exchange will not try to redeliver
this message for you. Please check the e-mail address and try resending this message, or provide the following
diagnostic text to your system administrator.

---

Sent by Microsoft Exchange Server 2007

**Diagnostic information for administrators:**

Generating server: dcgov.priv

molly.gaston3@dc.gov
#550 5.1.1 RESOLVER.ADR.RecipNotFound; not found ##

Original message headers:

```
Received: from smtp3-22.dc.gov (164.82.9.32) by CWM-EX-HT-22.DCGOV.PRIV
 (10.82.24.24) with Microsoft SMTP Server id 8.3.298.1; Wed, 9 Mar 2016
 12:35:18 -0500
X-IronPort-Anti-Spam-Filtered: true
X-IronPort-Anti-Spam-Result: AssCAFNe4FbRVdywk2dsb2JhbABdGQEBAgcJAwIBg1pthB+kKwQDhyCKQYIQDRcBC4VsLYEeTAEBA
QEBARIBAQEBBw0JCSEvhDgMARURHQEMDx4DEggBAgU3AiURAQUBEAYCAj2HbAEDEg6gOIIHgTE+MYs2gWqCV4VPCHknDVGDbAEBAQEGAQ
EBAQEBARMBAQQQKBYd8CIcuH4F8OBMYgQ8FjiWJCgiFZYgNiR0OKnEvgQ+CWB6BbkyJUwIBAg
Received: from mail-qk0-f176.google.com ([209.85.220.176]) by smtp3-22.dc.gov
 with ESMTP; 09 Mar 2016 12:35:18 -0500
Received: by mail-qk0-f176.google.com with SMTP id s68so23236930qkh.3
        for <molly.gaston3@dc.gov>; Wed, 09 Mar 2016 09:35:18 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=gmail.com; s=20120113;
        h=from:content-transfer-encoding:mime-version:date:message-id:to;
        bh=64WLayOCPf3/8UCLV4TNjvWcHsx1r8JrePrz5Z7m9Y0=;
        b=VdrKXMFI8pCST2GfWN+wybSzRnTNu+o6hoT1EpcK04nyb09tCzswX6rJnco8fnu7vP
         Yd9NvO4R5dpyVi6FnKLs2SxFe/6FRJE9YYE+W+F1P4clgH0o/HMrarDVOncRmWQTJeay
         IuVWY1UmffwijV+LOn/sJyQcP28YnlPIAz/Fvl+lTSwy1oUJvkxsNAGCJIn4CHIqTCIS
         Sx6ReCn1itIQ2f7ira4esJtDw72uYotHMUCF9W+ztsm084IkiXe5MsNWwraZNXLghRDE
         aMDD92afyvFO4Kr6zMYDAo4Wpm1D9kmzo/+VTGlocWrMRc9Z+sieDtkoTmtg1b2OSO8l
```

6/8/2018                                          Gmail - (no subject)

```
        0GGA==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=1e100.net; s=20130820;
        h=x-gm-message-state:from:content-transfer-encoding:mime-version:date
        :message-id:to;
        bh=64WLayOCPf3/8UCLV4TNjvWcHsx1r8JMePY2SZ7m9ro=;
        b=FGyTgMRRBDLJ7Z8ABEDZ4hjewiKx75ia2zhHlu1i8sAPDOWhGcT7NUCAlToeJjyS5
        oMAgX7LyiSj9VRpdJWgkkG9bj4sdQw+d5LiPjG9vU6z6QMNWUP5CzkFU5/crRhDzNnUb
        1K6PIX/mtapOOWG6VBxVXQ2rwa33HNjfOn7JJtGzPtqRK7e3BbKk4aB4rh-3hg
        WmqgDVyAFin36HSpUybRuG48zlBAEUBh9EeF+LNtGQv50CyVEIVbgTO8yb0EFWydVVFW
        r5N/lnTUseuzJ3nM2F5/CYcXBosqm57DLWT8ouWXo7udcPwRW6WWI0z0YMbxEAw+Zl5w
        cxkQ==
X-Gm-Message-State: AD7BkJJIc5u0KT092ob+UVhkgfrVwxb9gCq/dBW9Njhfesft5k1at8rcBL9UNFQGOEdf2A==
X-Received: by 10.55.78.131 with SMTP id c125mr44950609qkb.71.1457544917905;
        Wed, 09 Mar 2016 09:35:17 -0800 (PST)
Return-Path: <owais430@gmail.com>
Received: from [30.105.165.154] (66-87-81-154.pools.spcsdns.net.
  [66.87.81.154])        by smtp.gmail.com with ESMTPSA id
  n83sm4057381qhn.46.2016.03.09.09.35.16        for <molly.gaston3@dc.gov>
        (version=TLSv1/SSLv3 cipher=OTHER);        Wed, 09 Mar 2016 09:35:16
  -0800 (PST)
From: <owais430@gmail.com>
Content-Transfer-Encoding: 7bit
Content-Type: multipart/alternative;
        boundary="Apple-Mail-A2935174-3FA6-4162-9F98-939FCD82F342"
MIME-Version: 1.0 (1.0)
Date: Wed, 9 Mar 2016 12:35:15 -0500
Message-ID: <51C0B6BB-FDD5-4D4F-9780-248C4D18DC86@gmail.com>
To: <molly.gaston3@dc.gov>
X-Mailer: iPhone Mail (13D15)
```

Final-Recipient: rfc822;molly.gaston3@dc.gov
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp;550 5.1.1 RESOLVER.ADR.RecipNotFound; not found

--------- Forwarded message ---------
From: <owais430@gmail.com>
To: <molly.gaston3@dc.gov>
Cc:
Bcc:
Date: Wed, 9 Mar 2016 12:35:15 -0500
Subject:
https://twitter.com/gorgeoussny_/status/707334864568102912

https://mobile.twitter.com/gorgeoussny_/status/707336461490589697/video/1

Sent from my iPhone

---

**owais430@gmail.com** <owais430@gmail.com>                    Wed, Mar 9, 2016 at 12:46 PM
To: molly.gaston3@usdoj.gov

Sent from my iPhone

Begin forwarded message:

    **From:** owais430@gmail.com
    **Date:** March 9, 2016 at 12:35:15 PM EST

6/8/2018                                         Gmail - (no subject)

**To:** molly.gaston3@dc.gov

https://twitter.com/gorgeoussny_/status/707334864568102912

https://mobile.twitter.com/gorgeoussny_/status/707336461490589697/video/1

Sent from my iPhone

**Ps. Ex. 9, p. 1**
**Akhtar Emails**
**Wilksins v. D.C., 17-884 (CKK)**

---

**owais430@gmail.com** <owais430@gmail.com>                      Mon, Apr 4, 2016 at 4:20 PM
To: eugene.smith@usdoj.gov

Sent from my iPhone

Begin forwarded message:

> **From:** owais430@gmail.com
> **Date:** March 9, 2016 at 12:46:05 PM EST
> **To:** molly.gaston3@usdoj.gov
> **Subject:** Fwd:

[Quoted text hidden]

---

**Smith, Eugene (USADC)** <Eugene.Smith@usdoj.gov>              Mon, Apr 4, 2016 at 4:23 PM
To: "owais430@gmail.com" <owais430@gmail.com>

Thanks!


Eugene Smith

Special Assistant United States Attorney

U.S. Attorney's Office for the District of

Columbia

555 4th Street, NW

Washington, DC 20530

(Office) 202-252-6733

(Cell) 240-419-9753

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**From:** owais430@gmail.com [mailto:owais430@gmail.com]
**Sent:** Monday, April 04, 2016 4:20 PM
**To:** Smith, Eugene (USADC)
**Subject:** Fwd:

Sent from my iPhone

Begin forwarded message:

**Ps. Ex. 9, p. 1**
**Akhtar Emails**

From: owais430@gmail.com
Date: March 9, 2016 at **Walkins v. D.C., 17-884 (CKK)**
To: molly.gaston3@usdoj.gov
Subject: Fwd:


Sent from my iPhone

Begin forwarded message:

From: owais430@gmail.com
Date: March 9, 2016 at 12:35:15 PM EST
To: molly.gaston3@dc.gov

https://twitter.com/gorgeoussny_/status/707334864568102912


https://mobile.twitter.com/gorgeoussny_/status/707336461490589697/video/1

Sent from my iPhone

---

**Smith, Eugene (USADC)** <Eugene.Smith@usdoj.gov>                    Mon, Jul 11, 2016 at 6:25 PM
To: "owais430@gmail.com" <owais430@gmail.com>

Officer Akhtar,

Are the links to the Twitter videos still working for you?


Eugene Smith

Special Assistant United States Attorney

U.S. Attorney's Office for the District of

Columbia

555 4th Street, NW

Washington, DC 20530

(Office) 202-252-6733

(Cell) 240-419-9753

**From:** owais430@gmail.com [mailto:owais430@gmail.com]
**Sent:** Monday, April 04, 2016 4:20 PM
**To:** Smith, Eugene (USADC)
**Subject:** Fwd:

## Ps. Ex. 9, p. 1
## Akhtar Emails
## Wilksins v. D.C., 17-884 (CKK)

Sent from my iPhone

Begin forwarded message:

> **From:** owais430@gmail.com
> **Date:** March 9, 2016 at 12:46:05 PM EST
> **To:** molly.gaston3@usdoj.gov
> **Subject:** Fwd:
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** owais430@gmail.com
>> **Date:** March 9, 2016 at 12:35:15 PM EST
>> **To:** molly.gaston3@dc.gov
>>
>> https://twitter.com/gorgeoussny_/status/707334864568102912
>>
>>
>> https://mobile.twitter.com/gorgeoussny_/status/707336461490589697/video/1
>>
>> Sent from my iPhone

---

**owais430@gmail.com** <owais430@gmail.com>                                      Tue, Jul 12, 2016 at 6:10 PM
To: Eugene.Smith@usdoj.gov


Sent from my iPhone

Begin forwarded message:

> **From:** owais430@gmail.com
> **Date:** April 4, 2016 at 4:20:25 PM EDT
> **To:** eugene.smith@usdoj.gov
> **Subject:** Fwd:
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** owais430@gmail.com
>> **Date:** March 9, 2016 at 12:46:05 PM EST

6/8/2018                                                    Gmail - (no subject)

To: molly.gaston3@usdoj.gov
Subject: Fwd:

## Ps. Ex. 9, p. 1

Sent from my iPhone                    ## Akhtar Emails

Begin forwarded message:        ## Wilkins v. D.C., 17-884 (CKK)

From: owais430@gmail.com
Date: March 9, 2016 at 12:35:15 PM EST
To: molly.gaston3@dc.gov

https://twitter.com/gorgeoussny_/status/707334864568102912

https://mobile.twitter.com/gorgeoussny_/status/707336461490589697/video/1

Sent from my iPhone

---

Smith, Eugene (USADC) <Eugene.Smith@usdoj.gov>                    Tue, Jul 12, 2016 at 6:14 PM
To: "owais430@gmail.com" <owais430@gmail.com>

Thanks.  Still doesn't play for me.


Eugene Smith

Special Assistant United States Attorney

U.S. Attorney's Office for the District of

Columbia

555 4th Street, NW

Washington, DC 20530

(Office) 202-252-6733

(Cell) 240-419-9753


From: owais430@gmail.com [mailto:owais430@gmail.com]
Sent: Tuesday, July 12, 2016 6:11 PM
To: Smith, Eugene (USADC)
Subject: Fwd:



Sent from my iPhone


Begin forwarded message:

**From:** owais430@gmail.com
**Date:** April 4, 2016 at 4:20:25 PM EDT
**To:** eugene.smith@usdoj.gov
**Subject: Fwd:**

# Ps. Ex. 9, p. 1
# Akhtar Emails
Sent from my iPhone   # Wilksins v. D.C., 17-884 (CKK)

Begin forwarded message:

> **From:** owais430@gmail.com
> **Date:** March 9, 2016 at 12:46:05 PM EST
> **To:** molly.gaston3@usdoj.gov
> **Subject: Fwd:**
>
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** owais430@gmail.com
> > **Date:** March 9, 2016 at 12:35:15 PM EST
> > **To:** molly.gaston3@dc.gov
> >
> > https://twitter.com/gorgeoussny_/status/707334864568102912
> >
> >
> > https://mobile.twitter.com/gorgeoussny_/status/707336461490589697/video/1
> >
> > Sent from my iPhone

---

**owais430@gmail.com** <owais430@gmail.com>                           Tue, Jul 12, 2016 at 6:40 PM
To: "Smith, Eugene (USADC)" <Eugene.Smith@usdoj.gov>

Do you want me to text it to u?

Sent from my iPhone
[Quoted text hidden]

---

**owais430@gmail.com** <owais430@gmail.com>                           Wed, Jun 6, 2018 at 8:03 PM
To: Owais Akhtar <Owais.Akhtar@dc.gov>


Sent from my iPhone

Begin forwarded message:

> **From:** owais430@gmail.com
> **Date:** April 4, 2016 at 4:20:25 PM EDT
> **To:** eugene.smith@usdoj.gov
> **Subject: Fwd:**


Sent from my iPhone

Gmail - (no subject)

Begin forwarded message:

> **From:** owais430@gmail.com
> **Date:** March 9, 2016 at 12:46:05 PM EST
> **To:** molly.gaston3@usdoj.gov
> **Subject:** Fwd:

**Ps. Ex. 9, p. 1**
**Akhtar Emails**
**Wilksins v. D.C., 17-884 (CKK)**

> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** owais430@gmail.com
> > **Date:** March 9, 2016 at 12:35:15 PM EST
> > **To:** molly.gaston3@dc.gov
> >
> > https://twitter.com/gorgeoussny_/status/707334864568102912
> >
> > https://mobile.twitter.com/gorgeoussny_/status/707336461490589697/video/1
> >
> > Sent from my iPhone

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> GOVERNMENT OF THE DISTRICT OF COLUMBIA, OWAIS AKHTAR, CAMERON REYNOLDS, A. WILLIS, Jr., FRANCIS MARTELLO, & AMINA COFFEY, <br><br> Defendants. | Civil Case No. 17-883 (CKK) |
| ASHTON WILKINS, <br><br> Plaintiff, <br><br> v. <br><br> GOVERNMENT OF THE DISTRICT OF COLUMBIA, OWAIS AKHTAR, CAMERON REYNOLDS, A. WILLIS, Jr., FRANCIS MARTELLO, & AMINA COFFEY, <br><br> Defendants. | Civil Case No. 17-884 (CKK) |

**DEFENDANT'S RESPONSES TO PLAINTIFFS'**
**SUPPLEMENTAL INTERROGATORIES DATED JUNE 1, 2018**

Pursuant to Super Ct. Civ. R. 33, Defendants hereby answer Plaintiff's Supplemental Interrogatories dated June 1, 2018, as follows:

(a)     The information supplied in these answers is not based solely on the knowledge of the executing party, but includes knowledge of the party, its agents, representatives, and attorneys, unless privileged.

**Ps. Ex. 10, p. 1**
**Interrogatory Responses re papering**
~~Wilkins v. D.C. 17-884 (CKK)~~

(b)     The word usage and sentence structure may be that of the attorney assisting in the preparation of these answers and thus, does not necessarily purport to be the precise language of the executing party.

(c)     Defendants reserve the right to amend, revise, or supplement its answers to these interrogatories if and when new or different information becomes available.

(d)     For any additional responsive information made available through deposition testimony, defendants incorporate such information for the purposes of giving the plaintiff notice that such information exists, but does not adopt such testimony as accurate and complete.

(e)     Defendants may provide documents which will answer Plaintiff's interrogatory in accordance with SCR-Civil 33(d).

### General Objections

Defendant objects to the production of any documents or information, which is protected by the attorney-client privilege, deliberative process privilege, work product doctrine or any similarly recognized privilege.  Inadvertent production of any information or documents so privileged does not constitute a waiver of such privilege or any other grounds for objecting to the discovery request.  Additionally, Defendant objects to any part of the Plaintiff's instructions which seeks to impose any discovery requirements outside the scope of the rules, especially any obligation to produce information not in the defendant's control or not currently known to it after reasonable inquiry.

2.

**Ps. Ex. 10, p. 2**
**Interrogatory Responses re papering**
**Wilkins v. D.C. 17-884 (CKK)**

## Answers to Supplemental Interrogatories

1.      Please identify each document (as defined above including images, or video, or Twitter links) provided by the District or any of its agents to the U.S. Attorney or any of her assistants or agents or the Officer of the U.S. Attorney or any of its agents in connection with "papering" or the papering process in any of the cases arising from the incident stating who provided it, when, and by what means they provided it (e.g., hand-deliver, U.S. Mail, e-mail, Cobalt).

**ANSWER:** Officer Akhtar provided the US Attorney's Office with the PD 163 package that was previously provided during discovery.  On April 4, 2016, Officer Owais Akhtar emailed Special Assistant United States Attorney Eugene Smith an email containing two weblinks to videos posted by civilians on Twitter.  A copy of this email chain was provided to Plaintiff's counsel on June 19, 2018.

MPD also provided the US Attorney's Office with copies of the three surveillance videos taken at Gallery Place that have already been provided during discovery in this matter with the following file names:

- G st Alley Mobotix - 2560 x 960 - 14fps_20160308_162223.avi

- 7th st. PTZ - 720 x 480 - 12fps_20160308_162225.avi

- G Street IP PTZ - 1280 x 720 - 15fps_20160308_162223.avi

2.      Please identify by name, rank, identifying number (e.g., badge number) each person who was present during the papering process at the U.S. Attorney or any of her assistants or agents or the Officer of the U.S. Attorney in any of the cases arising from this incident, and please describe any and every communication by any of them to the U.S. Attorney or any of her assistants or agents or the Officer of the U.S. Attorney.

3.

**Ps. Ex. 10, p. 3**
**Interrogatory Responses re papering**
**Williams v. D.C. 17-884 (CKK)**

**ANSWER:** The only MPD Officer who was physically present when this matter was "papered" to the US Attorney's Office was MPD Officer Owais Akhtar. The US Attorney's Office later interviewed Officers Akhtar and Willis about the arrests.

3.     Please describe the steps involved in "papering" or "screening" (presenting the case to the U.S. Attorney or any of her assistants for prosecution) and the documents provided to the U.S. Attorney or any of her assistants or agents or the Officer of the U.S. Attorney at each step.

**ANSWER:** Officer Akhtar went to the MPD Court Liaison office at 300 Indiana Avenue, who provided Officer Akhtar with the PD Form 163 Prosecution Report. Officer Akhtar then went to the US Attorney's Papering Office (either at 500 Indiana Avenue NW or 555 5th St NW) and provided the PD Form 163 Prosecution Report to the screening Assistant US Attorney. This document was already provided during discovery (Bates Stamped MPD-A-473 to MPD-A-521). The screening Assistant US Attorney questioned Officer Akhtar about the case, then accepted the papering. The case was then assigned to a prosecuting Assistant US Attorney, who Officer Akhtar believes was Molly Gaston. The matter was then assigned to Special Assistant United States Attorney Eugene Smith. Officer Akhtar and Officer Willis later went (separately) to AUSA Smith's office for witness conferences.

4.     Please identify by name, rank, identifying number (e.g., badge number) each of the MPD who present during the papering process with the Office of the Attorney General of the District of Columbia in any of the cases arising from this incident, and please describe each communication by any agent of the MPD to any agent of the Office of the Attorney General of the District of Columbia.

4.

**Ps. Ex. 10, p. 4**
**Interrogatory Responses re papering**
**Williams v. D.C. 17-884 (CKK)**

**ANSWER:** See Answer to Supplemental Interrogatory Number 2, above.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing answers are true to the best of my knowledge.

DATED: July 3, 2018

**Officer Owais Akhtar**
**District of Columbia Metropolitan Police**
**Department**

5.

**Ps. Ex. 10, p. 5**
**Interrogatory Responses re papering**
Wilkins v. D.C. 17-884 (CKK)

As to objections:

DATE: July 5, 2018

KARL A RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

MICHAEL ADDO
Chief, General Litigation, Section IV

ROBERT A. DEBERARDINIS, Jr.
Assistant Attorney General
Civil Litigation Division, Section IV

/s/ Benjamin E. Bryant
BENJAMIN E. BRYANT [1047632]
Assistant Attorney General
Civil Litigation Division, Section IV
441 4th Street, NW, Suite 630 South
202-724-6652
202-730-0624 (fax)
benjamin.bryant@dc.gov

**Ps. Ex. 10, p. 6**
**Interrogatory Responses re papering**
**Wilkins v. D.C. 17-884 (CKK)**

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2018, I caused a true and correct copy of the foregoing discovery responses to be served via email to:

William Charles Cole Claiborne, III, Esq.
LAW OFFICES OF WILLIAM CLAIBORNE III
2020 Pennsylvania Avenue, NW
Suite 395
Washington, DC 22203
claibornelaw@gmail.com

Joseph A. Scrofano, Esq.
SCROFANO LAW PC
406 5th Street, NW
Suite 100
Washington, DC 20001
jas@scrofanolaw.com

/s/ Benjamin E. Bryant
BENJAMIN E. BRYANT
Assistant Attorney General

**Ps. Ex. 10, p. 7**
**Interrogatory Responses re papering**
**Wilkins v. D.C. 17-884 (CKK)**

CCN #16035694  –  Event # 16035694 Inte......Packet                                    Metropolitan Police Department

| COMPLAINANT NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE | SEARCH WAS PERFORMED | STATEMENT TAKEN |
|---|---|---|---|
| V-1 Doe, John | | YES ☑ NO | ☐ YES ☑ NO |

| SEX | RACE / ETHNICITY | PHONE | EMAIL | DATE DECLARED |
|---|---|---|---|---|
| Male | Black / Not Hispanic Or Latino | | | |

| HOME ADDRESS |
|---|
| Unknown / No-Fixed |

## OFFENSE #2 – 16035694

| OFFENSE | OFFENSE COMPLETION |
|---|---|
| Assault On A Police Officer (simple Assault) (22DC405B) | ☐ COMPLETED ☐ ATTEMPTED |

OFFENSE CASE STATUS
Open

OFFENSE LOCATION
GALLERY PLACE, 701 7TH STREET NW, WASHINGTON, DC 20001  Type: Community Center  Public/Private: Public  PSA: 102  District: First District

| LOCATION TYPE | POSITION (BEHIND, FRONT, INSIDE, SIDE) |
|---|---|
| Community Center | Front |

LOCATION DESCRIPTION

| AGGRAVATED ASSAULT FACTORS/HOMICIDE FACTORS | OFFENSE PROPERTIES |
|---|---|
| | Victim is Officer ( Akhtar, Owais ) |
| HATE BIAS/MOTIVATION | Victim is Officer ( WILUS JR., A. ) |
| ⟶ | Victim is Officer ( REYNOLDS, CAMERON ) ⟵ |
| | Victim is Officer ( MARTELLO, FRANCIS ) |
| | Victim is Officer ( Coffey, Amina ) |

| WEAPON/FORCE INVOLVED | GANG INFORMATION |
|---|---|
| Personal Weapons (Hands / Feet), | None/unknown |

| CRIMINAL ACTIVITIES | MODUS OPERANDI |
|---|---|

| FORCED ENTRY | # OF PREMISES | SECURITY SYSTEM | CARGO THEFT |
|---|---|---|---|
| ☐ YES ☐ NO | | | YES ☐ NO |

| NEGLIGENT MANSLAUGHTER CIRCUMSTANCE | BUILDING INHABITED (ARSON) |
|---|---|

## SUSPECTS

| SUSPECT NAME-1 (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE | SEARCH WAS PERFORMED | STATEMENT TAKEN |
|---|---|---|---|
| S-1 Horton-smith-shearer, Patrick Lashea | ▅▅▅▅▅ | YES ☑ NO | ☐ YES ☑ NO |

| SEX | RACE / ETHNICITY | HEIGHT | WEIGHT | EYES |
|---|---|---|---|---|
| Male | Black / Not Hispanic Or Latino | 5 ft 6 in | 128 lbs | Brown |

| CLOTHING (HAT, JACKET, PANTS, COAT/SUIT, SHIRT/BLOUSE, SHIRT/DRESS) | HAIR | SKIN TONE |
|---|---|---|
| | Black | Black |

| | SUSPECTED OF | |
|---|---|---|
| | ☐ CONSUMING ALCOHOL | USING DRUGS |

| DESCRIPTION/IDENTIFYING MARKS | TICKET # / FINE AMOUNT | VENDOR # |
|---|---|---|

| SUSPECT NAME-2 (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE | SEARCH WAS PERFORMED | STATEMENT TAKEN |
|---|---|---|---|
| S-2 JOHNSON, JOSEPH SIDNEY | ▅▅▅▅▅ | YES ☑ NO | ☐ YES ☑ NO |

| SEX | RACE / ETHNICITY | HEIGHT | WEIGHT | EYES |
|---|---|---|---|---|
| Male | Black / Not Hispanic Or Latino | 5 ft 8 in | 185 lbs | Brown |

| CLOTHING (HAT, JACKET, PANTS, COAT/SUIT, SHIRT/BLOUSE, SHORT/DRESS) | HAIR | SKIN TONE |
|---|---|---|
| | | Dark |

| | SUSPECTED OF | |
|---|---|---|
| | ☐ CONSUMING ALCOHOL | USING DRUGS |

| DESCRIPTION/IDENTIFYING MARKS | TICKET # / FINE AMOUNT | VENDOR # |
|---|---|---|
| RIGHT - FORE ARM - KESHA, Tattoo LEFT - FORE ARM - LIZ, Tattoo JOSEPH, Shoulder, Right, Tattoo | | |

| SUSPECT NAME-3 (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE | SEARCH WAS PERFORMED | STATEMENT TAKEN |
|---|---|---|---|
| S-3 Mcpherson, Jeffery | ▅▅▅ | YES ☑ NO | ☐ YES ☑ NO |

MPD-A-005

**Ps. Ex. 14, p. 1**
**Wilkins/ Johnson Arrest Report excerpt**
**Wilkins v. D.C., 17-884 (CKK)**

CCN #16035694 – Arrest Packets –011607202                          Metropolitan Police Department

## Arrest #011607202 – D-1 Ashton Paul WILKINS

## CAUTIONS:

| ARRESTING OFFICER | ARREST DATE/TIME | ARRESTING ORGANIZATION |
|---|---|---|
| OWAIS AKHTAR (#9715) | Mar 08, 2016 17:15 | 1D |

ASSISTING OFFICERS (ASSIST TYPE)

ADVISED OF RIGHTS (OFFICER, DATE/TIME, PLACE)        PHONE CALL MADE / NUMBER CALLED        SPECIAL OPERATIONS
                                                    YES  NO

## DEFENDANT

| NAME (LAST, FIRST, MIDDLE) | | TRUE NAME |
|---|---|---|
| WILKINS, Ashton Paul | | |

| NICKNAMES | DATE OF BIRTH / AGE RANGE | PDID # | SSN # |
|---|---|---|---|
| | Dec 08, 1991 | | |

| SEX | RACE / ETHNICITY | PHONE | EMAIL |
|---|---|---|---|
| Male | Black Not Hispanic Or Latino | REDACTED Mobile Phone | |

HOME ADDRESS (INCLUDE ROOM/APT #)
1905 M STREET NE, WASHINGTON, DC 20002   Unit: 1   Type: Residence/ Home   Public/Private: Private   PSA: 507   District: Fifth District

| DEFENDANT ARMED W/ | | MILITARY SERVICE (BRANCH, START-END) | |
|---|---|---|---|
| Unarmed | | | |

| DEFENDANT IS A JUVENILE / YOUTH DIVISION # | NEEDS INTERPRETER / LANGUAGES SPOKEN | HEIGHT | WEIGHT | EYES |
|---|---|---|---|---|
| YES  NO | YES  NO | 6 ft 5 in | 185 lbs – 190 lbs | Brown |

| CODEFENDANTS | HAIR | SKIN TONE |
|---|---|---|
| Patrick Lashea Horton-smith-shearer , Jeffery Mcpherson , JOSEPH SIDNEY JOHNSON | | Light |

DEFENDANT'S REMARKS                                 CLOTHING (HAT, JACKET, PANTS, COAT/SUIT, SHIRT/BLOUSE, SKIRT/DRESS)

WALES / NCIC CHECK #

## ARREST LOCATION

ADDRESS (INCLUDE ROOM/APT #)
GALLERY PLACE, 701 7TH STREET NW, WASHINGTON, DC 20001   Type: Community Center   Public/Private: Public   PSA: 102   District: First District

| POSITION (BEHIND, FRONT, INSIDE, SIDE, ETC.) | DESCRIPTION OF ARREST LOCATION |
|---|---|
| Front | |

## CHARGES

| COURT DATE / TIME & ROOM NUMBER | ARREST TYPE | TRA# | TITLE 16 |
|---|---|---|---|
| | Custodial | | YES   NO |

| LOCKUP # | LOCAL LOCATION | LOCKUP DATE |
|---|---|---|
| | | |

| CHARGE(S) | | CCN # |
|---|---|---|
| Assault On A Police Officer (simple Assault) (22DC405B) | | 16035694 |

EXHIBIT
AKHTAR 1
Planet Depos, LLC

---

**Ps. Ex. 14, p. 2**
**Wilkins/ Johnson Arrest Report excerpt**
**Wilkins v. D.C., 17-884 (CKK)**

CCN #16035694  –  Arrest Packets – 011607202                                    Metropolitan Police Department

## STATEMENT OF FACTS

The following events occurred in PSA 102 and all the officers involved were in full duty uniform.

On Tuesday, March 8, 2016, at approximately 1623 hours, Officers Akhtar and Reynolds were on routine patrol in a marked cruiser, in full duty uniform, utilizing a call sign of Border Patrol 102, when they responded to assist officers Willis and Coffey in front of 701 7th ST NW.

Upon arrival officer Akhtar's investigation revealed that the following events occurred;

Officers Willis and Coffey observed a black male, later identified as defendant Horton-Smith-Shearer strike V1 in the face. At then, both officers attempted to detain defendant Horton-Smith-Shearer. However, numerous citizens surrounded officers Willis and Coffey and yelled out comments such as—he didn't do anything-let him go or words to that effect. Officers Willis and Coffey then attempted to place defendant Horton-Smith-Shearer in handcuffs. At which point, defendant Horton-Smith-Shearer became irate, and pulled away his hands from officers Willis and Coffey. Officers were able to placed defendant Horton-Smith-Shearer in hand cuffs after a brief struggle.

Once officers Akhtar and Reynolds arrived on the scene; numerous citizens could be seen surrounding the officers and becoming irate. It appeared that the said citizens were attempting to break free defendant Horton-Smith-Shearer from police custody by surrounding the officers and then taking fighting stance by raising their hands up and clinching there fists. To secure the scene and for officer's safety; officers gave numerous loud and verbal commands to the said citizens to back up. However, a black male, later identified as defendant Johnson pushed Officer Reynolds and struck Officer Reynolds under his right eye with a closed fist. A struggle ensued as officer Reynolds attempted to place defendant Johnson in handcuffs. Defendant Johnson continued to pull away from the officer. As officer Reynolds was struggling to place defendant Johnson in handcuffs; a black male, later identified as defendant Wilkins swung at Officer Reynolds back area with a closed fist. ←

Officers Akhtar and Willis then attempted to detain defendant Wilkins. Defendant Wilkins continued to ignore officer's commands and took a fighting stance by raising his arms and clinched his fist. A struggle ensued between defendant Wilkins and officers Akhtar and Willis. Defendant Wilkins continued to pull his hands away from the officers as they attempted to detain him. Defendant Wilkins was finally placed in handcuffs with the help of Sgt Martello.

As officers were escorting defendant Johnson to police transport vehicle; a black male, later identified as respondent McPherson followed officers and then took a fight stance by raising his arms and clinched his fist stating that he was going to "fuck" the officers up. Respondent McPherson continued to yell at loud that he was going to fuck officers up or words to that effect. Respondent McPherson was advised numerous times to back up and stop following the officers. It appeared that respondent McPherson was attempting to break free defendant Johnson from police custody as respondent McPherson claimed the defendant Johnson was his brother and was innocent.

Defendant Horton-Smith-Shearer sustained minor scratches on his arms. Defendant Johnson did not have any visible injuries. Defendant Wilkins complained of pain and burning sensation on his face area. Respondent McPherson complained of head pain. All parties were given medical attention on the scene.

Officer Reynolds sustained an abrasion on his right hand pinky finger and a swelling/bruising on his right hand index figure.

Officer Willis sustained minor injuries to his right hand.

Officer Crittenden took crime scene photos.

Defendant Horton-Smith-Shearer was placed under arrest for Simple Assault and Assault on a Police Officer (Misdemeanor).

Defendants Johnson and Wilkins along with respondent McPherson were placed under arrest for Assault on a Police Officer (Misdemeanor).

Defendant Wilkins was identified as Ashton Paul WILKINS; DOB 12/08/1991 via District of Columbia Photo Identification card.

## PROPERTY & ITEMS

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| OWAIS AKHTAR (#9715)   03/08/2016 [e-signature] | MARK BEACH (#3661)   03/08/2016 [e-signature] |
| PRINT NAME | PRINT NAME |
| OWAIS AKHTAR | MARK BEACH |
| (#9715) | (#3661) |

**Ps. Ex. 14, p. 3**
**Wilkins/ Johnson Arrest Report excerpt**
**Wilkins v. D.C., 17-884 (CKK)**

3/6/2019

Case Details - District of Columbia Superior Court

# 2016 CMD 003476 United States Vs. WILKINS, ASHTON P

- Case Type:
- Misdemeanor
- Case Status:
- Closed
- File Date:
- 03/09/2016
- Status Date:
- 03/09/2016
- Next Event:

| All Information | Party | Docket | Financial Dockets | Disposition |

## Party Information

**WILKINS, ASHTON P**
- Defendant (Criminal)

| | | **Alias** | | **Party Attorney** |
|---|---|---|---|---|
| • Disposition | | AKA | WILKINS, ASHTON | Attorney |
| ○ | | | PAUL | OGILVIE, STEVEN J |
| ○ Disp Date | | | | |

## Docket Information

| **Date** | **Docket Text** | | |
|---|---|---|---|
| | | | *Image Avail.* |
| 03/09/2016 | Charge Filed | | |
| | Charge #1: Assault On A Police Officer Charge 1: Assault On A Police Officer | | |
| 03/09/2016 | Charge Filed Charge 1: Assault On A Police Officer | | Image |
| 03/09/2016 | Gerstein Affidavit Filed | | Image |
| 03/09/2016 | Event Scheduled | | |
| | Event: Arraignment | | |
| | Date: 03/09/2016    Time: 1:00 pm | | |
| | Judge: RAYMOND, RENEE   Location: Courtroom C-10 | | |

Ps. Ex. # 15, p. 1

Wilkins docket Superior Court
Wilkins v. D.C., 17-884 (CKK)

1/4

https://eaccess.dccourts.gov/eaccess/search.page.3.1?x=geKpwuS9MNKQqaU1luxZb8Jiwfiu1yR-bgd1CRj-DUiPP*BnBBn1fAvW32MBUedvPgqOrAqy-OC9lcbRddDBQ

3/6/2019

Case Details - District of Columbia Superior Court

| Date | Docket Text | Image Avail. |
|---|---|---|
| 03/09/2016 | CJA Eligibility | Image |
| 03/09/2016 | Attorney Appointed<br>Attorney OGILVIE, STEVEN J representing Defendant (Criminal) WILKINS, ASHTON P as of 03/09/2016<br>ASHTON P WILKINS (Defendant (Criminal)).; STEVEN J OGILVIE (Attorney) on behalf of ASHTON P WILKINS (Defendant (Criminal)).; Judge RENEE RAYMOND on behalf of Judge | Image |
| 03/09/2016 | Event Resulted - Release Status: PR PSA<br>The following event: Arraignment scheduled for 03/09/2016 at 1:00 pm has been resulted as follows:<br><br>Result: Defendant Pled Not Glty Trial Rights Were Asserted<br>Judge: RAYMOND, RENEE   Location: Courtroom C-10<br>ASHTON P WILKINS (Defendant (Criminal)).; STEVEN J OGILVIE (Attorney) on behalf of ASHTON P WILKINS (Defendant (Criminal)).; Judge RENEE RAYMOND on behalf of Judge RHONDA REID WINSTON | |
| 03/09/2016 | Pre Trial Report | Image |
| 03/09/2016 | Event Scheduled<br>Event: Misdemeanor Initial Status Hearing<br>Date: 04/13/2016   Time: 10:00 am<br>Judge: REID WINSTON, RHONDA   Location: Courtroom 210 | |
| 03/09/2016 | Release Conditions | Image |
| 03/09/2016 | Release Conditions Ordered<br>Party Name: WILKINS, ASHTON P   Party Type: Defendant (Criminal)<br><br>1) Drug Test as Directed by PSA for Diversion Conside: BOND, Entry Date: 03/09/2016, Completion Date: , Amended Date:<br><br>2) Verify Address: BOND, Entry Date: 03/09/2016, Completion Date: , Amended Date: with PSA within 24 hours | |
| 04/13/2016 | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on: 04/13/2016 10:26:24.53 | Image |
| 04/13/2016 | Event Scheduled<br>Event: Non-Jury Trial<br>Date: 07/18/2016   Time: 9:30 am<br>Judge: REID WINSTON, RHONDA   Location: Courtroom 210 | |

Ps. Ex. # 15, p. 2
Wilkins docket Superior Court
Wilkins v. D.C., 17-884 (CKK)

3/6/2019                                                    Case Details - District of Columbia Superior Court

| Date | Docket Text | Image Avail. |
|---|---|---|
| 04/13/2016 | Event Resulted - Release Status: PR PSA; Defense counsel requested that a trial date be set. The plea offer was read for the record. Case set for Non Jury Trial at a later date. AUSA Eugene Smith was present in court.<br><br>The following event: Misdemeanor Initial Status Hearing scheduled for 04/13/2016 at 10:00 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: REID WINSTON, RHONDA   Location: Courtroom 210<br>ASHTON P WILKINS (Defendant (Criminal)); ; STEVEN J OGILVIE (Attorney) on behalf of ASHTON P WILKINS (Defendant (Criminal)); Judge RHONDA REID WINSTON | |
| 07/18/2016 | Charge Disposed - Nolle Prosequi | |
| 07/18/2016 | Case Disposed - Nolle Prosequi | |
| 07/18/2016 | Event Resulted - Release Status: N/A.  The government nolled the case.  AUSA Mr. Smith was present on behalf of the government.<br>The following event: Non-Jury Trial scheduled for 07/18/2016 at 9:30 am has been resulted as follows:<br><br>Result: Dismissed - Nolle<br>Judge: REID WINSTON, RHONDA   Location: Courtroom 210<br>ASHTON P WILKINS (Defendant (Criminal)); ; STEVEN J OGILVIE (Attorney) on behalf of ASHTON P WILKINS (Defendant (Criminal)); Judge RHONDA REID WINSTON | |

## Financial Docket Information

| Date | Description |
|---|---|
| 03/09/2016 | Charge Filed |
| 03/09/2016 | Charge Filed |
| 03/09/2016 | Proposed Release Order |
| 03/09/2016 | Gerstein Affidavit Filed |
| 03/09/2016 | Event Scheduled |
| 03/09/2016 | CJA Eligibility |
| 03/09/2016 | Attorney Appointed/Dismissed |
| 03/09/2016 | Event Resulted - Release Status: |
| 03/09/2016 | Pre Trial Report |
| 03/09/2016 | Event Scheduled |
| Total | Total |

Ps. Ex. # 15, p. 3

Wilkins docket Superior Court

Wilkins v. D.C., 17-884 (CKK)

3/4

3/6/2019

Case Details - District of Columbia Superior Court

| Date | Description |
|------|-------------|
| 03/09/2016 | Release Conditions |
| 03/09/2016 | Release Conditions Ordered |
| 04/13/2016 | Notice to Return to Court Filed |
| 04/13/2016 | Event Scheduled |
| 04/13/2016 | Event Resulted - Release Status: |
| 07/18/2016 | Charge Disposed - Nolle Prosequi |
| 07/18/2016 | Case Disposed - Nolle Prosequi |
| 07/18/2016 | Event Resulted - Release Status: |
| Total | |

**Case Disposition**

| Disposition | Date |
|-------------|------|
| Dismissed-Nolle-Prosequi | 07/18/2016 |

Ps. Ex. # 15, p. 4
Wilkins docket Superior Court
Wilkins v. D.C., 17-884 (CKK)