# EXHIBIT A

## Schifrin, David (OAG)

| | |
|---|---|
| **From:** | Bryant, Benjamin (OAG) |
| **Sent:** | Friday, March 22, 2019 5:25 PM |
| **To:** | William Claiborne |
| **Cc:** | Addo, Michael (OAG); Deberardinis, Robert (OAG); Joe Joseph A. Scrofano, Esq. |
| **Subject:** | RE: LCvR 7(m) Request - WILKINS v. DISTRICT OF COLUMBIA (1:17-cv-00884-CKK) |

Mr. Claiborne,

We don't believe that it conforms to the applicable Rules or the Court's Minute Order because it contains paragraphs with multiple allegations of fact and contains extensive argument.

Sincerely,

Benjamin E. Bryant [1047632]
Assistant Attorney General
Civil Litigation Division, Section IV
Office of the Attorney General for the District of Columbia
441 4th Street, NW, Suite 630 South
Washington, D.C. 20001
202-724-6652 (phone)
202-730-0624 (fax)
benjamin.bryant@dc.gov

**From:** William Claiborne <clairbornelaw@gmail.com>
**Sent:** Friday, March 22, 2019 5:23 PM
**To:** Bryant, Benjamin (OAG) <Benjamin.Bryant@dc.gov>
**Cc:** Addo, Michael (OAG) <michael.addo@dc.gov>; Deberardinis, Robert (OAG) <robert.deberardinis@dc.gov>; Joe Joseph A. Scrofano, Esq. <jas@scrofanolaw.com>
**Subject:** Re: LCvR 7(m) Request - WILKINS v. DISTRICT OF COLUMBIA (1:17-cv-00884-CKK)

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

We're supposed to discuss can you tell me why?

Claiborne

On Fri, Mar 22, 2019 at 16:42 Bryant, Benjamin (OAG) <Benjamin.Bryant@dc.gov> wrote:

> Mr. Claiborne,
>
> We are going to file a Motion to Strike Plaintiff's Statement of Undisputed Material Facts (ECF DKT #35).

Pursuant to LCvR 7(m), do you consent?

Thank you.

Sincerely,

Benjamin E. Bryant [1047632]

Assistant Attorney General

Civil Litigation Division, Section IV

Office of the Attorney General for the District of Columbia
441 4th Street, NW, Suite 630 South

Washington, D.C. 20001
202-724-6652 (phone)

202-730-0624 (fax)

benjamin.bryant@dc.gov

--

William Claiborne
Attorney
ClaiborneLaw
717 D Street, N.W.
Suite 300
Washington, DC 20004-2815
202-824-0700