UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHTON WILKINS,<br>   Plaintiff,<br> v.<br>DISTRICT OF COLUMBIA, *et al.*,<br>   Defendants. | Civil Action No. 17-884 (CKK) |

**ORDER**
(September 30, 2020)

For the reasons set forth in the accompanying Memorandum Opinion, the Court **DENIES** Plaintiff's [49] Motion to Strike. The Court **GRANTS** Defendants' [21] Motion for Summary Judgment, as to Plaintiff's claims for False Arrest (Counts III, IV, and VII), Malicious Prosecution (Count V), Excessive Force (Count VI), Fabrication of Evidence (Count VIII), and Retaliatory Arrest (Count IX). The Court, however, refrains from exercising supplemental jurisdiction over Plaintiff's claims of common law assault (Counts I and II) and **DISMISSES** those claims **WITHOUT PREJUDICE**. The above action is, therefore, **DISMISSED** in its entirety.

 **This is a final and appealable order.**

**Dated**:  September 30, 2020

                /s/
                COLLEEN KOLLAR-KOTELLY
                United States District Judge